# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

JEFFREY D. COSBY

**WARRANT FOR ARREST**

CASE NUMBER: 3:06 mj-50-CSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JEFFREY D. COSBY__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

*charging him or her with (brief description of offense):*
being a person who uses, persuades, induces and entices a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to believe that such visual depiction will be transported in interstate and foreign commerce and mailed and that that visual depiction was produced using materials that have been shipped, mailed and transported in interstate and foreign commerce, by any means, including by computer.
in violation of Title __18__, United States Code, Section(s) __2251(a)__.

CHARLES S. COODY
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $_____

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

May 30, 2006    Montgomery, AL
Date and Location

by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest