# United States District Court

## RECEIVED Southern District of Indiana

**Laura A. Briggs**
Clerk of the Court

2006 JUN 14 A 9: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

210 Federal Building
Terre Haute, Indiana
47808

101 Northwest MLK Boulevard
Evansville, Indiana
47708

121 West Spring Street
New Albany, Indiana
47150

June 12, 2006

06 mj 50

Debra P. Hackett
Clerk of Court
U S District Court
P O Box 711
Montgomery, AL 36101-0711

Dear Madam:

RE: United States of America

-v-

Jeffrey D. Cosby
Cause No.: IP06-155M-01
Your Cause Number: 3:06-MJ-50-CSC

The above named defendant is ordered removed to your district by the United States District Court, Southern District of Indiana, Indianapolis Division.

Enclosed please find certified copies of the entire file along with a certified copy of the docket sheet.

Please acknowledge receipt on the copy of this letter.

Very truly yours,

Laura A. Briggs, Clerk

By: _Sheryl Mull_

Deputy Clerk

# United States District Court

MIDDLE _____ DISTRICT OF _____ ALABAMA

UNITED STATES OF AMERICA

v.

JEFFREY D. COSBY

**COPY**

RECEIVED

2006 MAY 30  P 4: 11

UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

## WARRANT FOR ARREST

**CASE NUMBER:** 3:06 mj-50-CSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest_____ JEFFREY D. COSBY _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment  ☐Information  ☒Complaint  ☐Order of court  ☐Violation Notice  ☐Probation Violation Petition

*charging him or her with (brief description of offense):*

being a person who uses, persuades, induces and entices a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to believe that such visual depiction will be transported in interstate and foreign commerce and mailed and that that visual depiction was produced using materials that have been shipped, mailed and transported in interstate and foreign commerce, by any means, including by computer.

in violation of Title ___18___ , United States Code, Section(s) ___2251(a)___ .

| | |
|---|---|
| CHARLES S. COODY | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| | May 30, 2006     Montgomery, AL |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |
| Bail fixed at $_____ | _____ by |
| | Name of Judicial Officer |

*Certified true copy stamp: U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA — CERTIFIED A TRUE COPY — CLERK OR DEPUTY — LAURA A. BRIGGS, CLERK*

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6-6-06 | U.S. Postal Inspector | **FILED** JUN 7 - 2006 U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA |

AO 442 (Rev. 5/81) Warrant for Arrest

11

# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA
V.
JEFFREY D. COSBY

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District Of Arrest | District Of Offense | District Of Arrest | District Of Offense |
| | 3:06-MJ-50-CSC | IP06-155M-01 | |

## CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☐ Indictment  ☐ Information  ■ Complaint  ☐ Other (specify)

**charging a violation of 18 U.S.C. § 2251(a)**

**DISTRICT OF OFFENSE**
Middle of Alabama

**DESCRIPTION OF CHARGES**
child pornography

*[Seal: U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA — CERTIFIED TRUE COPY — CLERK OR DEPUTY — LAURA A. BRIGGS CLERK]*

## CURRENT BOND STATUS

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
■ Other (specify)

**Representation:** ☐ Retained Own Counsel  ■ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ■ No  ☐ Yes  Language: _____

TO:  THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that de-fendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

6/7/06
_Date_

Tim A. Baker, United States Magistrate Judge

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |