# REPORT OF PROCEEDINGS BEFORE UNITED STATES MAGISTRATE

**MAGISTRATE CAUSE NUMBER: IP06-155M-01**     CAUSE NUMBER:

At Indianapolis, IN on 6/7/06 @ 4:15 pm

Proceedings in United States vs. JEFFREY D. COSBY

Appeared in the custody of a Federal Officer ■     Appeared voluntarily ☐

Description: Age 50  Sex M  Race C  Born: Native ☐ Foreign ☐

Address _____

Name of complainant and title (if any) __

Date of Complaint 5/30/06

Offense charged child pornography    Date of offense 5/3/06

Where committed MD/AL     Date of Warrant 5/30/06

Date of hearing 6/7/06 @ 4:15 pm    Examination waived _____

Released DETAINED

Bail fixed at $ None

Committed to _____

Discharged (date) _____

Name and address of surety _____

Names and residences of witnesses _____
DUSM: Truitt

*[Seal: U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA — CERTIFIED A TRUE COPY — CLERK OR DEPUTY — LAURA A. BRIGGS, CLERK]*

Remarks  Defendant appeared in person and with FCD Bill Dazey for a Rule 5(c)(3) hearing on a complaint out of MD/AL in Birmingham. Gov't appeared by AUSA Steve DeBrota and Postal Inspector Jeffrey Arney and USPO by Mark McCleese. Rights and charges were read and explained. Gov't moved for temporary detention. Def waived identity hearing and consented to transfer to the MD/AL for his probable cause and detention hearings. Def advised of his Rule 20 rights and remanded to the custody of the US Marshals pending transfer to MD/AL.

*Tim A. Baker, United States Magistrate Judge*