USA vs. COSBY, JEFF                                              IP06-0155M-01-?

| OFFENSE | DIST | OFF | CUST | W | J | A | FILEDATE | NO.DEFS | MAG CASE NO | COUNTY | JUDGE | MAG. |
|---------|------|-----|------|---|---|---|----------|---------|-------------|--------|-------|------|
|         | 0756 | 1   | CUST | N | N | N | 06 07 06 | 0       | 06-0155M-01 |        |       |      |

Defendant: COSBY, JEFF
SS#:                                          DOB:

        No address available.

Aliases: None

---

I. CHARGES

  No charges were found for this defendant.

---

II. KEY DATES

Key Date 1 :                    Earliest of:
Key Date 2 :                    Applicable :
Key Date 3a:                    Applicable :
Key Date 3b:                    Applicable :
Key Date 4 :                    Applicable :

Closed Date:    06/12/06

---

ATTORNEYS

U. S. Attorney or Asst.

 STEVEN DEBROTA

Defense at filing:

 WILLIAM H DAZEY JR
 INDIANA FEDERAL COMMUNITY DEFENDERS
 111 MONUMENT CIRCLE, #752
 INDIANAPOLIS      IN  46204
 (317)383-3520  Fax:(317)383-3525



UNITED STATES DISTRICT COURT DOCKET                    Date Printed: 06/12/06

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| 06/07/06 | 1 | MOTION for detention - USA eod 06/07/06 [SWM] |
| 06/07/06 | 2 | COURTROOM MINUTES of a Rule 5(c)(3) hearing on a complaint out of the MD/AL in Birmingham, cause number 3:06 mj-50-CSC held before U S Mag Judge Baker eod 06/12/06 [SWM] |
| 06/07/06 | = | DEFT APPEARS IN PERSON AND w/FCD Billy Dazey eod 06/12/06 [SWM] |
| 06/07/06 | = | APPEARANCE FOR THE USA BY AUSA Steve DeBrota eod 06/12/06 [SWM] |
| 06/07/06 | = | USPO Represented by Mark McCleese eod 06/12/06 [SWM] |
| 06/07/06 | = | CHARGES & RIGHTS were read and explained eod 06/12/06 [SWM] |
| 06/07/06 | = | Govt moved for temporary detention. Deft waived identity hearing and consented to transfer to the MD/AL for his probable cause and detention hearings. Deft advised of his Rule 20 rights eod 06/12/06 [SWM] |
| 06/07/06 | = | DEFT REMANDED TO CUSTODY of the US Marshals pending transfer to MD/AL eod 06/12/06 [SWM] |
| 06/07/06 | 3 | WAIVER of Rule 5 & 5.1 Hearings (Complaint/Indictment) signed by deft and defense counsel eod 06/12/06 [SWM] |
| 06/07/06 | 4 | USM RETURN dated 6/6/06 (date of arrest) eod 06/12/06 [SWM] |
| 06/07/06 | 5 | RULE 40 OUT to the MD/AL in Birmingham, cause number 3:06 mj-50-CSC cc: USA, UPSO and USM eod 06/12/06 [SWM] |

UNITED STATES DISTRICT COURT DOCKET                    Date Printed: 06/12/06