IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
JUN 1 4 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. NO. 3:06cr151-MEF |
| v. | ) [18 USC 2251(a)] |
| | ) |
| JEFFREY DOUGLAS COSBY | ) |
| | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

From on or about November 8, 2005, to May 31, 2006, more exact dates being unknown to the Grand Jury, in Tallapoosa, Alabama, within the Middle District of Alabama, the defendant,

**JEFFREY DOUGLAS COSBY,**

did and did attempt to, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct and knew, and had reason to know, that such visual depiction would be transported in interstate and foreign commerce and mailed, and that visual depiction was produced using material and materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 2251(a), as alleged in Count 1 this indictment, the defendant,

**JEFFREY DOUGLAS COSBY,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

(1) any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such offenses;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and,

(3) any property, real or personal, used and intended to be used to commit and to promote the commission of such offense; including but not limited to the following:

**Real Property located at 3717 Rome Terrace, Indianapolis, Indiana 46237.**

C. If any of the property described in this forfeiture allegation, as a result of any act an omission of the defendant.

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred and sold to, and deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 18, United States Code, Section 2253(o) intends to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above, all in violation of Title 18, United States Code, Section 2252A.

All in violation of Title 18, United States Code, Section 2253.

A TRUE BILL:

_/s/ Janice Davis Williams_
Foreperson

_/s/ Leura G. Canary_
LEURA G. CANARY
UNITED STATES ATTORNEY

_/s/ John T. Harmon_
John T. Harmon
Assistant United States Attorney

_/s/ Susan R. Redmond_
Susan R. Redmond
Assistant United States Attorney