IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 3:06cr151-MEF |
| | ) | |
| JEFFREY DOUGLAS COSBY | ) | |

### ORDER TO PRODUCE PRISONER
### FOR ARRAIGNMENT

TO: The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for June 28, 2006 at 10:00 a.m. in the above styled cause.

You are DIRECTED to produce the following named prisoner: JEFFREY DOUGLAS COSBY before the United States District Court at Montgomery, Alabama, Courtroom 5B, on the 28th day of June, 2006 at 10:00 o'clock a.m..

DONE this 15th day of June, 2006.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

By: *[signature]*
Deputy Clerk