# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr151-MEF |
| | ) | |
| JEFFREY DOUGLAS COSBY | ) | |

## NOTICE OF APPEARANCE

  **COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on

behalf of the Defendant, Jeffrey Douglas Cosby, in the above-styled case.

  Dated this 21st day of June 2006.

  Respectfully submitted,


  s/ Kevin L. Butler
  KEVIN L. BUTLER
  First Assistant Federal Defender
  201 Monroe Street, Suite 407
  Montgomery, Alabama 36104
  Phone: (334) 834-2099
  Fax: (334) 834-0353
  E-mail: kevin_butler@fd.org
  AZ Bar Code: 014138

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 21, 2006, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Assistant United States Attorney.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138