

# U.S. Postal Inspection Service
## CONSENT TO SEARCH

Date: (mm/dd/yyyy) 6/7/06

I, **Mark Brewster**, have been informed of and understand my constitutional rights not to have a search made of **an HP Pavilion 503w CPU S/N MX234C3392 and work area of Jeffrey Douglas Cosby** without the requirement of a search warrant. I have also been informed of, and understand, my right to refuse to consent to the search. However, I hereby authorize U.S. Postal Inspector(s) **J. L. Arvey** to conduct a complete search of **the above listed computer and work area** located at **13417 Britton Park Rd, Fishers, IN 46038**

The U.S. Postal Inspector(s) is/are authorized by me to take from the above described property any letters, papers, materials, or other property, which is contraband or evidence and specifically **evidence related to the sexual exploitation of children**

I understand that this contraband or evidence may be used against me in court of law or an administrative proceeding.   **Jeffrey Douglas Cosby**

I understand my right to withdraw my consent at any time.

This written permission is being given by me to the above named persons freely and voluntarily without threats, promises, or coercion of any kind to have me consent to the search and/or sign this form. I realize that I may ask for and receive a receipt for all things taken.

Signature of Witnesses: **J L Arvey, US Postal Inspector**

Signature of Consentor: [signed]

43