IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr151-MEF |
| | ) | |
| JEFFREY DOUGLAS COSBY | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

COMES NOW the Defendant, Jeffrey D. Cosby, by and through undersigned counsel, Kevin L. Butler, and requests a two day extension of time to file pretrial motions. In support of this motion undersigned counsel states:

1. Mr. Cosby is charged with attempting to persuade, induce, entice and coerce a minor into engaging in sexual conduct for the purpose recording and then providing the images to others through interstate commerce in violation of 18 U.S.C. § 2251(a).

2. Mr. Cosby has a previous conviction for similar conduct and if convicted of this offense may receive a mandatory sentence of not less than 25 years.

3. In light of the severity of punishment and the fact that undersigned counsel has pretrial motions due in multiple other cases on this date, an additional day is necessary to complete the review of this matter for pretrial motions.

4. The government has no objection to this requested continuance.

5. The defense does not object to any extension necessary for the government to respond to any defense motions.

WHEREFORE, the defendant prays that he be allowed until Monday, July 17, 2006, to file pretrial motions in this matter.

**MOTION GRANTED**

THIS 13th DAY OF July, 20 06

_____
UNITED STATES MAGISTRATE JUDGE