| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** July 17, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:50 - 3:55 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 3:06cr151-MEF | **DEFENDANT(S)** Jeffrey Douglas Cosby |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan Redmond | * | Michael Petersen standing in for Kevin Butler |

☐ **DISCOVERY STATUS:**
   Completed except for forensic evaluation - Government still waiting on the evaluation

☐ **PENDING MOTION STATUS:**
   #22 - defendant's motion to suppress

☐ **PLEA STATUS:**
   Plea notice to be filed on or before noon September 6, 2006

☐ **TRIAL STATUS**
   Trial time - 1 ½ - 3 days

☐ **REMARKS:**