IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
eastern DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr151-MEF |
| | ) | WO |
| JEFFREY DOUGLAS COSBY | ) | |

**ORDER ON MOTIONS**

Upon consideration of the government's unopposed motion to continue evidentiary hearing (Doc. # 27) and the government's unopposed motion for extension of time (Doc. # 28), filed August 2, 2006, and for good cause, it is

ORDERED that the motions be and hereby are GRANTED as follows:

1. The suppression hearing is continued generally until further order.

2. The government's response to the motion to suppress shall be filed five days prior to the date of the rescheduled suppression hearing.

DONE, this 3rd day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE