IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-151-MEF |
| | ) | |
| JEFFREY DOUGLAS COSBY | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Continue Trial (Doc. #29) filed on August 3, 2006, it is hereby

ORDERED that the defendant show cause in writing on or before August 14, 2006 as to why the motion should not be granted.

DONE this the 4th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE