| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** August 21, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:32 - 3:41 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 3:06cr151-MEF | **DEFENDANT(S)** Jeffrey Douglas Cosby |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan Redmond | * | Kevin Butler |

❒ **DISCOVERY STATUS:**
    Completed - has been supplemented and to be viewed by counsel

❒ **PENDING MOTION STATUS:**
    Motion to suppress pending and to be set for hearing after Motion to continue trial has been ruled on.
    Discussions regarding response t motion

❒ **PLEA STATUS:**

❒ **TRIAL STATUS**
    Trial time - 1 ½ -3 days

❒ **REMARKS:**
    Government states other charges may be filed in other federal jurisdictions and also state charges.
    Mr. Butler notes all witnesses reside in Indiana.