IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA      )
                                  )
v.                              )           3:06cr151-MEF
                                  )
JEFFREY DOUGLAS COSBY      )

## **ORDER**

Based upon this court's order setting the trial in the above-styled case for December 4, 2006, and for good cause, it is

ORDERED that a pretrial conference be and hereby is scheduled for 3:00 p.m. on November 13, 2006 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 23rd day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE