IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr151-MEF |
| | ) | |
| JEFFREY DOUGLAS COSBY | ) | |

**ORDER**

Upon consideration of defendant's motion to suppress (Doc. # 22), filed July 14, 2006, and for good cause, it is

ORDERED that the motion be and hereby is set for hearing at 9:00 a.m. on October 17, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If defendant is in custody, the United States Marshal is DIRECTED to produce defendant for the hearing.

DONE, this 24th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE