IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 3:06-cr-151-MEF |
| ) | |
| JEFFREY DOUGLAS COSBY ) | |

## **O R D E R**

It is hereby ORDERED that the trial of this case set on the December 4, 2006 criminal term is rescheduled for the November 27, 2006 criminal term, 10:00 A.M., United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 6th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE