IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:06-CR-151-MEF |
| | ) | |
| JEFFREY DOUGLAS COSBY | ) | |

<u>UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING</u>

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests a continuance of the evidentiary hearing in this case. In support thereof, we would show the following:

1. An evidentiary hearing is set in this case for October 17, 2006 at 9:00 a.m.

2. Counsel for the government anticipates that she will be trial on the case of <u>United States v. Artis</u>, in the Middle District of Alabama.

3. The parties are continuing in their plea negotiations and believe that a universal plea agreement will be reached by the parties within a short time frame.

4. The parties agree that in the interest of judicial economy and the right of the parties to have a fair and complete judicial process, the evidentiary hearing should be continued to allow the parties an opportunity to fully explore the pre-trial disposition of the case.

5. The undersigned has contacted Kevin L. Butler, attorney for defendant, who has no objection to this request but does request that the hearing not be re-scheduled for the week of October 30, 2006.

6. The defendant will not suffer any prejudice should the Court grant this motion.

For the reasons stated above, the United States requests that this Honorable Court grant a

continuance of the evidentiary hearing in this case, currently set for October 17, 2006 at 9:00 a.m.

Respectfully submitted this the 13th day of October, 2006.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ Susan R. Redmond
                SUSAN R. REDMOND
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                334.223.7280
                334.223.7135 fax
                susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:06-CR-151-MEF |
| | ) | |
| JEFFREY DOUGLAS COSBY | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov