IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr151-MEF |
| | ) | |
| JEFFREY DOUGLAS COSBY | ) | |

**ORDER ON MOTION**

Upon consideration of the government's unopposed motion to continue evidentiary hearing (Doc. # 38), filed October 13, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The hearing is rescheduled from October 17, 2006 to October 23, 2006 at 10:00 a.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex.

If defendant is in custody, the United States Marshal is DIRECTED to produce defendant for the hearing.

DONE, this 16th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE