IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr151-MEF |
| | ) | |
| JEFFREY DOUGLAS COSBY | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion, filed on October 20, 2006 (Doc. # 40), to withdraw his motion to suppress (Doc. # 22), and for good cause, it is

ORDERED that the motion to withdraw is GRANTED. The hearing presently scheduled for October 23, 2006 at 10:00 a.m. is hereby CANCELLED.

DONE, this 20th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE