| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** November 13, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:17 - 3:19 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 3:06cr151-MEF | **DEFENDANT(S)** Jeffrey Douglas Cosby |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan Redmond | * | Kevin Butler |

❒ **DISCOVERY STATUS:**
   Completed

❒ **PENDING MOTION STATUS:**

❒ **PLEA STATUS:**
   Negotiations are being concluded - finalizing plea agreement
   Notice of intent to change plea to be filed on or before noon on November 15, 2006

❒ **TRIAL STATUS**
   Trial time - 3 days

❒ **REMARKS:**
   Rule 20