IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-151-MEF |
| | ) | |
| JEFFREY DOUGLAS COSBY | ) | |

## **O R D E R**

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing

(Doc. #49) filed on January 23, 2007, it is hereby

ORDERED that the motion is GRANTED.  The sentencing hearing set in this case

on February 15, 2007 is continued to March 28, 2007 at 9:00 A.M. at the United States

Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 24th of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE