IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
            v.                    )
                                  )     CR. NO.   3:06-cr-151-MEF
JEFFREY DOUGLAS COSBY             )

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #51), filed on

March 6, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of

JEFFREY DOUGLAS COSBY to Special Agents Jeff Arney and/or Jim Tynan, United Postal

Service, on March 7, 2007, through July 31, 2007, so that said agent can take such prisoner into

custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Special Agents Jeff Arney and/or Jim Tynan shall return said prisoner into

the custody of the United States Marshals Service when they have finished with him.

Done, this 7th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE