IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No.: 3:06cr151-MEF |
| ) | |
| JEFFREY DOUGLAS COSBY  ) | |

**DEFENDANT'S NOTICE OF FILING
CHARACTER REFERENCES FOR SENTENCING**

COMES NOW the Defendant, Jeffrey Cosby, by and through undersigned counsel, Kevin L. Butler, and respectfully submits to the Court the attached character references letters prepared on behalf of the Defendant for consideration at sentencing. These letters include the following:

1. Letter from Carol Cosby.

2. Letter from Erin Cosby-Mock.

3. Letter from Diane Eckert.

4. Letter from Richard Gilbert.

5. Letter from Patti Jupiter.

6. Letter from Saul Lemke.

7. Letter from Sharon Miller.

8. Letter from Sheila Stewart.

At the time of sentencing, undersigned counsel will be asking the Court to impose a sentence of 240 months. This sentence is the low end of the sentencing range agreed upon under the plea agreement and five months greater than the actual guideline sentencing range set forth in the USSG. It is undersigned counsels' position that a sentence of 240 months is the reasonable sentence under the terms set forth in 18 U.S.C. § 3553. Undersigned counsel's arguments will be based upon the

information contained in the attached character reference letters, psychological evaluations and information I gathered during the course of my representation of Mr. Cosby.

Dated this 18th day of April 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No.: 3:06cr151-MEF |
| ) | |
| **JEFFREY DOUGLAS COSBY** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Assistant United States Attorney.

                    Respectfully submitted,

                    s/ Kevin L. Butler
                    KEVIN L. BUTLER
                    First Assistant Federal Defender
                    201 Monroe Street, Suite 407
                    Montgomery, Alabama 36104
                    Phone: (334) 834-2099
                    Fax: (334) 834-0353
                    E-mail: kevin_butler@fd.org
                    AZ Bar Code: 014138