Erin C. Cosby-Mock
2936 Allen Ave.
Indianapolis, IN 46203
317.791.6865

January 23, 2007

Honorable Mark E. Fuller
Frank M. Johnson, Jr. Federal Courthouse Annex
Suite B-110
One Church Street
Montgomery, AL 36104

Dear Honorable Fuller:

I am contacting you in regards to my brother, Jeffrey D. Cosby. I am sure you are well aware of his pending charges. I do not know all the details, but am assuming it is of the same nature as what he was convicted of several years ago.

Jeffrey is ten years older than me. He wasn't around much when I was growing up, but we did form a good relationship as adults. I have always had a great deal of respect for him, and always valued his opinion. He is highly intelligent. Unfortunately, he used his vast understanding of computer technology to his disadvantage.

I recently learned he was fired from an employer for using the internet in an inappropriate manner. Jeffrey did not inform me or the other members of our family of this. If in fact he had, we would have intervened and sought out help for him. I know he would not be in this situation because we would have forced him to get help for this horrible addiction. We are a close knit family and when someone is in trouble, we come to the rescue whatever the circumstance may be.

My main reason for writing to you is to ask for leniency when sentencing Jeffrey. I am praying he will not spend the rest of his life in prison. I am also suggesting that with Jeffrey's knowledge and experience, he could somehow be of assistance, in some capacity, to the agencies involved in apprehending perpetrators.

In closing, I am optimistic that included in his sentence, he will be forever prohibited from gaining access to the internet.

Thank you for your time.

Sincerely,

*Erin C. Cosby-Mock*

Erin C. Cosby-Mock