January 10, 2007

Hon. Mark E. Fuller
Montgomery Court System
Montgomery, Ala.

Diane Eckert
253 N. Arsenal Ave
Indianapolis, IN. 46201

Your Honor,

I am writing this letter on behalf of Jeffrey Cosby, who is an inmate at the Montgomery City Jail. He is scheduled for a sentencing hearing on February 15, 2007. I plan to be present at that hearing along with many of Jeff's family and friends. I have known Jeff for an excess of 20 years and began dating him in 2002. I was aware of Jeff's criminal past, as was my family, and he has always been honest and forthright about his offenses and his battle with sexual addiction. The year that we began dating was a very troubling time in my life and Jeff was a great strength to me and our relationship developed into one of mutual respect and love. I am a mother of 4, three of which are girls, and at the time that Jeff and I began dating, my youngest daughter was 14 and living with me at home. Jeff was adamant about the conditions of his probation and he did not spent time alone with my daughter until probation ended in January of 2005. He has never been inappropriate and none of my daughters ever felt threatened in Jeff's presence. I have always trusted Jeff to be around my girls and in time, we became a family.

I am a nurse of 25 years and have worked in the health care field with chronic pain clients for the last 15 years. I am educated in addictive behavior and manage clients with different types of addictions but I was not familiar with sexual addiction until I met Jeff. I attended counseling sessions with Jeff and through research and Jeff's input, I believe I now have a better understand of this disease. I became acquainted with Jeff's sponsor for Sexual Addiction Anonymous as well as attended sessions for couples for Co-dependents for Sexual Addiction at Jeff's request. I believe sexual addiction is rapidly becoming recognized as a major social problem and it has only been in the last several decades that a clearer understanding of it is beginning to be reached and inroads are being made to effectively treat it. Unfortunately, this is an ongoing process, and for the most part, the general public, media, and the judicial system, are often still uneducated and misinformed about this condition, especially in regard to the informational age that we live in today. The treatment for this disease will come with ongoing research and study but I do not believe a lifetime incarceration would be a benefit to that person or to society in general.

I ask that you take into consideration all of the evidence that will be presented to you regarding Jeffrey Cosby and make an informed and unbiased decision as to his punishment. I believe he is genuinely sorry for his actions and with further treatment and counseling he can become a productive person in society. I do not believe incarceration for the rest of his life will benefit anyone. Family and friends sorely love and miss him. Thank you for your time.

Diane Eckert