Richard H. Gilbert, Jr.
6401 Oxbow Way
Indianapolis, IN 46220

December 13, 2006

Honorable Mark E. Fuller
Frank M. Johnson, Jr. Federal Courthouse Annex
Suite B-110
One Church Street
Montgomery, AL 36104

Dear Judge Fuller:

I am writing on behalf of Mr. Jeffrey Cosby who will come before your court early in 2007. While I do not know the specific charges against him, they are connected to him knowingly conducting sexual chats with minors over the internet. This is the second instance of him being caught for committing such a crime and the first ended with his conviction and sentencing to federal prison in Butner, North Carolina for approximately 32 months.

I met Jeff in 1970 when we were freshmen in high school and were assigned to sit next to one another in English class. We had many classes together while at Southport High School (it was a large school with an approximate enrollment of 4500 when we attended). We assumed leadership roles in our junior and senior years, ran cross country together, and associated with the same group of friends.

He attended Wabash College and I attended Purdue University which are approximately 30 miles apart and continued our friendship throughout the time there. We visited each other frequently; he and I worked as route delivery salesmen for the same company for the summers following our freshman and sophomore years; and after graduation, continued to socialize with one another on a frequent basis.

We have remained close throughout the years partly because of shared interests (auto racing, politics, etc…) but mainly because I have enjoyed his company. Jeff is a bright person who frequently takes up the case of the underdog, especially when the cause challenges what he knows to be right or wrong. He is a generous person – last year he raked my yard and collected 40+ yard bags of leaves so we could attend the annual Old Oaken Bucket football game together. Otherwise I would have missed it to do the job myself.

He has been a Big Brother, volunteered his time with the Indiana Golden Gloves, and helped out other friends and family over the years. Jeff did not come from a wealthy background – he was the oldest in a large family – but he was not afraid of working hard

for what he wanted. My earliest recollection of this is from our freshman year in high school. He had a paper route then and throughout high school, was always employed and looking for a better job with more pay. He never asked for something – if he wanted it, he went out and earned the money to get it.

He also has a large capacity to learn, and if intrigued by something, will take it upon himself to learn about it. He has an undergraduate liberal arts degree and is not a technical person, but when he became interested in personal computers, he began learning about them and now is one person I would consider as an expert on them. This is typical of his ability to acquire knowledge and use it.

However, Jeff has a dark side he kept from many people, including me, that did not surface until his arrest for soliciting sex from a minor over the internet. Jeff's sexual drive and interest in women has always been strong, and until his first arrest, I thought it was with age-appropriate women. I socialized with him and his many girlfriends over the years, and thought it was a good thing he didn't marry, as he never seemed to be able to make a commitment in a relationship. He was too easily distracted by the next pretty woman.

The depth of this second personality became evident upon his first arrest. I kept in close contact by letter and telephone during his incarceration at Butner, and began to develop an appreciation for just how much sex and sexual fantasy controlled his life.

When he was released from prison, we picked up our relationship where it left off. He attended group meetings for his addiction as his probation required. I asked him infrequently if he was staying away from the chat rooms and he said he was. I believed him.

Despite his good traits, Jeff is also a selfish individual who has poor impulse control and convinces himself he is smarter than most. It is these latter traits that led to him giving in to his urges and ultimately, his arrests.

I will leave the diagnoses and professional recommendations to the experts. I can only tell you what I have experienced and what I believe. He has been around my children (a son, now 21 and a daughter, now 18) since they were born and he has never been anything but appropriate with them.

As we have aged, the two of us have discussed our religious beliefs and prior to his first arrest, Jeff began attending the Catholic Church again. He has continued to seek guidance from God and from what he tells me, he prays daily. Prior to his re-arrest, he attended church on a very regular basis, so I believe he has a deep and abiding spiritual grounding.

I believe Jeff has committed a crime and should be held accountable for it. But I also believe the cause of it is his addictive personality and he needs help to control it. Imprisonment without treatment would be cruel. I believe he can contribute to society,

and properly supervised, he poses no threats to anyone other than himself. He has proven he cannot have access to the internet and must have life-long treatment for his illness.

I also believe Jeff wants to be rehabilitated and not live out the remainder of his life in prison. He is a bright person, has a lot to offer, and has shown his capacity for helping his fellow man. Again, in my opinion, he doesn't deserve what would amount to a life sentence in prison.

I pray you will take my thoughts into consideration as you make your decision on what is right for Jeffrey and society at large.

Sincerely,