January 11, 2007

Hon. Mark E. Fuller:

My relationship with Jeff dates back to our last year in high school. We became sweethearts during our senior year after meeting at the Fireside Shop in Indianapolis, IN. We both worked part time while preparing to go away to college after high school graduation. Our friendship has endured for over 30 years due to our sincere appreciation and deep respect for each other.

Jeff is one of the brightest people I know. He is sincere and compassionate and he has always been there for me when called upon. He has always exhibited a strong sense of family in addition to his efforts to remain in touch with good friends throughout the years. Jeff comes from a family of five siblings and when we were young it was always a given that we would be a part of family gatherings. It was important to him to continue with family tradition as a youth and it is still important to him today.

I am sincerely concerned about Jeff's sexual dependence. I must admit that his apparent interest in underage girls has been a most difficult issue for me to face. It is a troubling topic in our society today and I will not pretend to have the answers. However, I do not believe that Jeff would ever hurt a child nor do I believe that he poses a true threat to our society. There are people that actually play out their fantasies. I do not believe that Jeff is one of them. In all the years that I have known Jeff, I have never known him to display inappropriate behavior with regard to his sexual interests. I am disturbed that he has had a relapse, but I do understand addiction and it is unusual for anyone to conquer his/her addictions the first time around.

The answer to Jeff's situation is not keeping him behind bars for the rest of his life. He can provide valuable insight and assistance to his community. The Internet seems to provide his biggest temptation. It's possible that controlling his computer usage might be part of the answer. I understand that in this day and age it is difficult to restrict a person's interaction with a computer as computers have become the lifeline of our existence, but if somehow this could be done, the rehabilitation process might be more effective.

Jeff is a very spiritual person. His relationship with God has been an important factor throughout his life and will continue to play a big part in his recovery. Jeff is a strong and committed person. Such attributes that will get him through this very rough spot in his life.

Honorable Mr. Fuller, I am certain you have seen many similar cases as Jeff's. I am sure you struggle daily with making these tough decisions. I hope you can show compassion, as Jeff is not a dangerous criminal and should not be incarcerated in a way that would waste all that he has to offer. Also, I feel that if Jeff is in a facility where he can continue to get proper counseling, he might still have a chance to prove he can conquer his addiction.

CH

If I can be of further help, please contact me.

Patti J. Jupiter
P.O. Box 690
Blowing Rock, NC 28605

Pjupiter@skybest.com

828-963-7140


Sincerely,

*Patti J. Jupiter*
Patti J. Jupiter