January 17, 2007

Hon. Mark E. Fuller

RE: Jeff Cosby

My name is Saul Lemke. I am a resident of Sheridan, Indiana, where I have lived for 13 years with my wife, Julie. We have been married for 35 years. During my career, I have provided consulting services to start-up businesses, have worked with dozens of franchise companies, and have spent time as a board member and as Chief Executive Officer for RFC Franchising, LLC., the parent company for Ritter's Frozen Custard. I have worked with companies from New York to Colorado, from Minnesota to Florida. In franchising, there are extraordinarily high standards for corporate integrity and for forthright, open communication. To succeed, franchise companies must establish and maintain key vendor relationships, hire the most qualified corporate staff, and work closely and frequently with law firms, attorneys, and with state and federal commerce officials, which brings me to the point of this letter.

I am compelled by my own conscience, and by my longstanding association with Jeff Cosby, to write this letter on his behalf. I've known Jeff for 20 years, and have dealt with him both on a professional and personal level. In a world full of people who are looking to make a quick buck at the expense of others, Jeff is that rare exception. He truly cares about people, he is not driven solely by the desire for financial gain, and he has a strong, abiding personal faith that is demonstrated in his everyday life. Jeff has been an active volunteer with Big Brothers, has been a member of a local church for many years, and is known by his high personal and professional standards. On a personal note, Jeff has spent many hours at my home, and has brought dates along—educated, intelligent women of good reputation and background—to have dinner or see a movie with my wife and me. He's a great guy; I consider him a true friend.

As you might imagine, my own knowledge and experiences with Jeff made it difficult to understand his falling into the pit of online pornography and into the places it can take a person. However, during his first incident, Jeff demonstrated the strength of character for which he has been known by many friends and professional associates. He did not attempt to deflect blame for his actions, he did not minimize his personal responsibility for what he had done; he demonstrated heartfelt sorrow and contrition. On many occasions, Jeff expressed to me his own shame and sorrow for what he had done. He agonized over the pain and disappointment he had caused his family and friends. He has written letters expressing his contrition and determination to rise above the temptations of what can become an obsession for even the best, most productive members of society.

I cannot minimize what has happened in the past with Jeff; however, I feel that what has happened recently does not rise to the level of years of incarceration. Nor do I believe it should be considered an "ultimate proof" that Jeff is a habitual offender. Frankly, I am so convinced of Jeff's commitment to steering clear of any future, questionable behavior that I am willing to do more than just write a letter on his behalf. If he can be released on

probation for this recent incident, I will personally provide employment for Jeff, and act as his custodian as well as his friend. I will maintain daily contact with Jeff and will work closely with him to help him form new habits and resume his longstanding place as a responsible, productive, exemplary member of our community.

I am available for an appointment or via telephone, at your earliest convenience, to discuss in detail the ways in which I will assist Jeff going forward. Thank you for your consideration and understanding of how we can work together to bring this situation to a positive end.

Sincerely,

Saul Lemke
President
BLB Investments, LLC
2195 W. 211th Street
Sheridan, IN 46069
317-752-7642