January 27, 2007

Hon. Mark E. Fuller:

Good day, Judge Fuller. My name is Sharon Cosby Miller and I am the second of five sisters to Jeffrey D. Cosby and let's not forget the other brother in the bunch, Ben, who is the youngest of us all, with Jeff being the oldest. Can you imagine having to live with 5 sisters for 18 years until you finally get a brother? It wasn't easy for Jeff, I can assure you. With that being said, I'd like to tell you what life within the Cosby compound, as well as, life with my brother Jeff was all about.

I'd like to begin by giving you a background of myself and my family. I am married to Kerry Miller and we have a 5 year old daughter (Libbi) and a 3 year old lab/retriever mix (Wrigley). We reside in Carmel, Indiana, which is an affluent suburb just north of Indianapolis. I am the Client Services Director of a financial services company and my husband is a realtor. I was raised in a very strict Catholic upbringing and my husband was a Methodist with similar religious and family values. We now belong to a Presbyterian church in our community and attend less often then we should, but are still quite spiritual people.

This letter is not about me though. I just thought it was important for you to know a little bit about the person who is writing this letter to you in regards to my brother Jeff.

I don't know where to begin other than to say that my brother Jeff is the eldest of 7 children. He is also the smartest of all of us. He actually scored in the top 3% in the nation on his SAT scores, but don't tell him that I told you that. We grew up in Indianapolis, Indiana, in a middle class neighborhood and attended parochial school through eighth grade. My mother was a stay-at-home mom, working part-time occasionally, but her first and most important job was taking care of her children. My father worked several different jobs, i.e., insurance, advertising, management, self-employment, etc., but was also the full-time parent to not just his own 7 children, but all the other kids in the neighborhood. He was the Dad who took the time to play (and teach) football, baseball, kickball, volleyball, etc., etc., with all the kids in the neighborhood, while my Mom was the one who had to not only watch over her 7, but everyone else's on the block. When 6:00 came along every evening, the Cosby dinner bell would ring and the block party at the Cosby's was over. It was dinner time and all 7 of the Cosby children were required to show up for dinner. No phone calls were taken at that time. It was family time to discuss the day's events. Failure to show up at 6:00 for the Cosby dinner was cause for punishment and we all knew that. Family time was very important to us then, as it still is today.

Jeff, being the eldest of seven had higher expectations placed upon him then did the rest of us. He was not just the eldest, but he was a male and I know that my father put even more pressure on him to exceed above and beyond anyone else, including himself. With that said, I can honestly say that I believe my father is part to blame for the failures in the Cosby family, including my brother Jeff. My father pushed Jeff, I believe, to be the man that my father never was. He made my brother work for EVERYTHING he ever wanted in life. He made my brother do things that my brother didn't necessarily want to do, i.e., work on old, beaten up cars with him in sub-zero weather conditions. My brother always had to work, as we all did if we wanted to earn any money, since allowance was never given to us. As a kid, he was a paper boy, waking up at 4:00 a.m. to deliver papers in the freezing cold weather, then having to go to school and of course, play sports, being that my father was a sports fanatic and expected Jeff to excel in sports as well as school.

My father did not have a father in his life and no real role model. He also did not have a simple life. I have always believed that he was unable to love unconditionally because of several missing links that most of us take for granted. He was often times somewhat bitter, angry and sad. My father, as we were

children, was an active and participating father. The older we got and the more difficult we became as teenagers, the angrier, more distant and complex he became. My Dad was not a great Dad, but he did his best. I would like to add at this point, that my mother has always been the constant glue that keeps our family together. She is referred to as "Saint Carol" and not just because she has been married to my father for 50+ years, but because of her undying love for, and commitment she exhumes for her children. That is something I have never felt from my father and I am certain that 5 out of 6 my siblings would agree with that statement.

I do not believe that my father's lack of parental skills and guidance is the reason for my brother's current situation. I do believe though, that it has contributed to his overall predicament. My brother has an addiction. My mother has an addiction. My brother has a sexual addiction. My mother is addicted to nicotine. My mother is killing herself slowly everyday of her life. My brother's addiction will not kill him, unless he is put behind bars for the rest of his life.

Jeff is a very spiritual person and believes strongly in God's love and faith. He has always been a man of God. Your Honorable Fuller, my brother, Jeffrey D. Cosby is not a sexual predator. I do not believe that my brother deserves to go to prison. I know that he has committed a crime and does deserve to pay for his offense. Being his sister and one of his closest confidants, I know in my heart and soul that he would never truly live out any of his sexual fantasies. He has a very loving and caring relationship with my five year old daughter that he has never had with another child before. He has always been around children, i.e., nieces, nephews, friend's children, etc., but never has he been more caring to any of them as he has been with my daughter, Libbi.

Jeff and I have always been very close. As I said, he is five years older than me and even though we have other siblings, he and I have always maintained a very close relationship, closer to one another then to any of our other siblings. We have similar interests, as do our friends and we have always all gotten along well. He, in fact, dated a few of my close friends and they still remain friends with Jeff today.

My brother was a very successful and respectable lawyer in Indianapolis and unfortunately got caught up in something despicable and out of his control called the internet.

My brother loves his family, his friends, his country and his freedom. Giving up any of these will kill him and his spirit. I know that Jeff should pay for his crime, but a prison sentence is not the answer. He needs rehabilitation, not incarceration. He could once again be a productive, committed, successful and helpful contributor in society. Please think seriously about what Jeff could do to help educate and save others like him before you sentence him to a life behind bars that I truly believe he does not deserve.

Dear Judge Fuller, I plea to you that you will review in all fairness and be unbiased of prior cases all of the information that has been brought to your courtroom on behalf of Jeffrey Douglas Cosby. He is not the person that today's society has made him out to be. His life is in your hands and I have faith that you will make the right and just decision for him.

Respectfully,

Sharon Cosby Miller
858 Cedarwood
Carmel, IN 46032
cosbymiller@comcast.net  (personal e-mail)
317-574-0228 (Hm.)
317-509-1616 (Cell)
317-596-9749 (Ofc.)
sharonmiller@execsolutions.biz  (office e-mail)