01/08/07
To: Hon. Mark E. Fuller

Re: Jeff Cosby

Dear Sir,

Jeff Cosby is my older brother. I am the 5th child of 7 and 8 years younger then Jeff. I have been married 23 years; have a 25 year old daughter, a 21 year old son and a 3 year old granddaughter.

Being the mother and grandmother of girls, my response to Jeff's crime has caused me much deliberation. He is my "big brother" and I love him, but at the same time I am aware of the damage he could have caused a young girl and I know what my reaction would be if a crime was committed against any of my children.

Jeff has been a good brother to me. Family has always been important to him. He helped my husband legally adopt my daughter after we were married; he always remembers the children's birthdays', attends all family get togethers and has close relationships with many relatives throughout the country. HE HAS NEVER DONE OR SAID ANYTHING SEXUALLY INAPPROPRIATE TO EITHER OF MY CHILDREN OR GRANDDAUGHTER.

As a big brother he has been someone I looked up to. He has always worked, from his early youth as a paperboy all the way up to putting himself through college. By sheer determination Jeff would reach any goal he set for himself. He had a thriving law practice, a nice home, traveled, had life long friends and enjoyed life. His determination, his devotion to family and friends, his love of God are all traits I admire in Jeff.

Jeff threw all of this away for very selfish reasons. I believe Jeff has an unhealthy addiction to sex. One he obviously has been unable to control. He currently is practicing "sexual sobriety" which I think is impossible for any person to maintain, no matter how spiritual that person is. Short of being castrated, as they did in the Old Testament, God didn't make us that way. He does give us the power to control our sexual urges and to maintain a healthy sex life. I believe Jeff can achieve a normal and healthy sex drive with the help of God and his own sheer determination to change and better himself. Jeff has always been a spiritual person. He can call on that faith now to change him forever. He can study, learn and pray, as he has in the past, to better himself.

I know Jeff is remorseful for his actions and the position his is in. He is especially suffering because of the pain he has caused our mother. The guilt he feels is genuine and I hope he can bear it.

I don't believe Jeff is a predator. I don't believe he ever has or would actually molest a child. I believe he will learn to change his behavior. With therapy, continued love and support of family and friends, and the pure grace of God, Jeff will overcome this sickness and if given a chance, can be a productive member of society someday.

I hope this letter will help you better understand Jeff Cosby. I ask that his punishment be fair and fitting of the crime and the court show mercy on him.

Sincerely,

*Sheila Stewart*
Sheila Stewart

MAR 1 9 2007
CH