IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr151-MEF |
| | ) | |
| **JEFFREY DOUGLAS COSBY** | ) | |

**NOTICE OF FILING**

COMES NOW the Defendant, Jeffrey Cosby, by and through undersigned counsel, Kevin L. Butler, and submits the attached statement. This statement supplements any statement the Defendant may make at his sentencing hearing.

Dated this 20th day of April 2007.

                                                                        Respectfully submitted,

                                                                         s/ Kevin L. Butler
                                                                         KEVIN L. BUTLER
                                                                         First Assistant Federal Defender
                                                                         201 Monroe Street, Suite 407
                                                                         Montgomery, Alabama 36104
                                                                         Phone: (334) 834-2099
                                                                         Fax: (334) 834-0353
                                                                         E-mail: kevin_butler@fd.org
                                                                         AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr151-MEF |
| | ) | |
| **JEFFREY DOUGLAS COSBY** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Assistant United States Attorney.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138