## VII Statement of Offense

In January of 2002 I was released from prison after having successfully completed a voluntary sex offender treatment program (SOTP) at Butner FCI in Butner, NC. I spent approximately 21 months in this program.

In January of 2005 I was freed from supervised release after having successfully completed a three year psychotherapy program in which I scored perfect attendance, led an 8 week discussion seminar on the book Out of the Shadows, and successfully passed periodic polygraphs.

Shortly after my release from probation, I began to relapse into old patterns of sexual behavior which included sexual chatting on the internet and downloading of pornographic images and videos, many of which were illegal child pornography. This behavior intensified when I lost my job in Aug. of 2005 because of depression and excessive free time.

I acknowledge the seriousness of these behaviors and I realize that I should have sought outside help to try to combat this relapse into these compulsive sexual behaviors that were so destructive and dangerous.

Sometime in Nov of 2005, I began chatting with "Kathy" who represented herself to be a 14 year old female. In the course of these chats, much of which was sexually graphic and suggestive, I sent

pornographic images and videos to this person as well. I also exposed myself while I masturbated via live webcam feed. Sometime during the course of these chats, "kathy" mentioned that she too had had a webcam but her father had taken it. I then suggested that I send her one surreptitiously so that we could engage in mutual "vidchat" where she might also expose herself to me. She agreed and I sent a webcam to an address in AL which she supplied. I acknowledge the seriousness and illegality of these acts.

While I do not seek to rationalize or minimize the seriousness of my acts, I hope that the Court might consider several mitigating factors:

1. I have never had a "hands on" victim, despite the fact that I have had chats with literally hundreds if not thousands of persons purporting to be minor females. This fact is supported by numerous polygraph examinations which I successfully passed.

2. I confined my chat activities to purely "fantasy" chatrooms on Internet Relay Chat (IRC). I did not "cruise" websites such as MySpace.com, nor did I frequent chatrooms on Yahoo, MSN, etc. where the likelihood of meeting actual minors was much more probable. Despite many chats in which I expressed a desire to meet in "real life", both with "kathy" and others, I never acted on these desires.

nor did I actually intend to do so-ever.

3. I am a compulsive fantasizer and masturbator. I am addicted to all forms of heterosexual gratification. I have been a sex addict since I was 12 years old. I believe that this is a form of mental illness. This being said, I realize that as with any illness, it is the duty of the sick person to seek treatment and care. I did not do this. I let my illness consume me.

In conclusion, I want to express my extreme regret for what I have done. I recognize the seriousness of these acts because even though there was not a "live" victim, I indirectly victimized children by viewing pornography and chatting sexually with persons who could have been minors. I know that the penalty will be severe because this is my second offense.

All I would ask is that the Court please show me the compassion and mercy it might show to others who suffer from other debilitating addictions. I sincerely believe that I can recover from this illness and contribute to society and <u>not</u> reoffend if I am given another chance.

Very Sincerely,

Jeffrey Ashy