AO 245B  (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: **JEFFREY DOUGLAS COSBY**
CASE NUMBER: **3:06CR151-MEF**

Judgment — Page __2__ of __6__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Three hundred (300) months. This term shall run concurrently with the 240 month sentence imposed in 2:07CR53-MEF.**

X The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available. The Court recommends that defendant be designated to a facility where Mental Health Treatment is available. The Court recommends that defendant be designated to a facility where Sex Offender Treatment is available. The Court further recommends that defendant be placed as near as possible to a facility in Indianapolis, Indiana.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**
**AUG 31 2007**
**CLERK**
**U.S. DISTRICT COURT**
**MIDDLE DIST. OF ALA.**

## RETURN

I have executed this judgment as follows:

Defendant delivered on __8/23/07__ to __FCI Greenville__
at __Greenville, IL__ , with a certified copy of this judgment.

__W. A. Sherrod__
UNITED STATES ~~MARSHAL~~ warden

By __D. Stroud__
~~DEPUTY UNITED STATES MARSHAL~~
L/E